# EXHIBIT B

# Affidavit / Return of Service

| | | | |
|---|---|---|---|
| **Plaintiff:** | ANTHONY TORTORICE<br>MARGARET WENKE | **Court Term & No.:** | 230801800<br><br>E-File# 2308054270 |
| **Defendant:** | PROGRESSIVE INSURANCE COMPANY | **Document Served:** | Plaintiff's Complaint |
| **Serve at:** | 2026 S. 12TH STREET | **Company Reference/Control No.:** | Jeffrey Dashevsky #7626 |

Served and Made Known to PROGRESSIVE INSURANCE COMPANY on 08/24/2023 at 12:25 PM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: CHRIS GOEBEL

| **Description** | **Age:** | **Height:** | **Weight:** | **Race:** | **Sex:** |
|---|---|---|---|---|---|
| | | | | | |
| | **Other:** | | | | |

| **Company Profile** | **Name of Server:** BRIAN DALY |
|---|---|
| DALY SERVICES INC<br>3227 RIDING CT<br>CHALFONT PA 18914<br>PHONE: (267)784-9138 | Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
| | **Deputy Sheriff:** |

**FILED AND ATTESTED PRO-PROTHY 24 AUG 2023 10:30 PM**

\\zdrafsrv 12/8/11