# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET E. WENKE**, *et al.*, | : CIVIL ACTION |
| *Plaintiffs,* | : |
| v. | : No. 23-3593 |
| **PROGRESSIVE INSURANCE COMPANY,** | : |
| *Defendant.* | : |

## ORDER

**AND NOW,** this 28th day of May, 2024, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

The Clerk of Court is directed to mark this case closed.

                                              GEORGE WYLESOL
                                              Clerk of Court

**BY:**

                                              */s/ Sharon Lippi*
                                              **Sharon Lippi, Civil Deputy Clerk**
                                              **To Chief Judge Mitchell S. Goldberg**